AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>Luther Ellis | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Northern District of California | Southern District of Mississippi | 3-08-70838 EMC | 3-05cr51TSL-JCS-1 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ☐ Complaint   x Other (specify) Supervised Released Violation

charging a violation of   18   U.S.C. § 3583

**DISTRICT OF OFFENSE**
Southern District of Mississippi

**DESCRIPTION OF CHARGES:**

SUPERVISED RELEASE VIOLATION

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
x Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
x Other (specify)  Defendant waived detention and remanded to Marshal custody
Bond, if any, shall be transferred to the District of Offense

| Representation: | ☐ Retained Own Counsel | x Federal Defender | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| Interpreter Required? | x No | ☐ Yes | Language: |
|---|---|---|---|

**NORTHERN DISTRICT OF CALIFORNIA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

12/5/08
Date                                         United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

FILED
DEC X 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA